STATE OF NEW JERSEY v. CARLOS COLON.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HAMLET M. CARDENAS.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KENDALL R. WILLIAMS.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY DISHON.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY DISHON.

June 27, 1989.

Cross-petition for certification denied.